IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID PETZELT                                                               PLAINTIFF

vs.                                     3:06CV00178-WRW

CITY OF WEST MEMPHIS, et al                                DEFENDANTS

## ORDER

The complaint herein was filed in this Court on September 29, 2006. Service on the defendants has not been perfected; therefore, it is,

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure this case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 26th day of September, 2007.

                                                                         /s/ Wm. R.Wilson,Jr.
                                                   UNITED STATES DISTRICT JUDGE

orddism.rl4.wpd